IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01027-CMA-MEH

PAUL W. SPENCE,

    Plaintiff,

v.

LOUIS CABILING, MD, DOC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 14, 2011.**

    Defendant's Motion to Vacate Scheduling Conference [filed September 13, 2011; docket #23] is **granted and denied in part**. The Scheduling Conference set for September 15, 2011 at 9:30 a.m. is hereby **converted** to a Status Conference.