IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01027-CMA-MEH

PAUL W. SPENCE,

    Plaintiff,

v.

LOUIS CABILING, MD, DOC,

    Defendant.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 15, 2011.**

    Before the Court are Defendant's Motion to Dismiss Amended Complaint [filed September 6, 2011; docket #19], Defendant's Motion to Stay Discovery [filed September 13, 2011; docket #22], and Plaintiff's Motion for Extension of Time to File Response as to Motion to Dismiss [filed September 13, 2011; docket #26]. At the status conference on September 15, 2011, the Court noted that an "Amended Complaint" filed by Plaintiff on June 16, 2011 [docket #11] was not accepted as filed in a subsequent order issued by Judge Babcock on June 17, 2011 [docket #12]. Because Defendant's Motion to Dismiss and Defendant's Motion to Stay pertain to the non-operative "Amended Complaint," Defendant's motions are **denied without prejudice**. Plaintiff's Motion for Extension of Time to File Response as to Motion to Dismiss is **denied as moot**.

    At the September 15, 2011 status conference, the Court ordered that Plaintiff file a Second Amended Complaint that is consistent with Judge Babcock's June 17, 2011 order on or before October 3, 2011 [docket #29]. Defendant shall respond to the Second Amended Complaint pursuant to Fed. R. Civ. P. 15(a); if he chooses to do so, Defendant may re-file his motion to dismiss and/or motion to stay discovery, both of which will pertain to Plaintiff's Second Amended Complaint.